**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

---

VINOD KUMAR,

Petitioner,

v. Case No. 2:26-cv-02559 KWR-DLM

WARDEN, *Otero County Processing Center*,
TODD M. LYONS, *Acting Director of Immigration And Customs Enforcement*,
MARY DE ANDA-YBARRA, *El Paso Field Office Director for Detention and Removal, U.S. Immigration and Customs Enforcement,*
TODD BLANCHE, *Attorney General of the United States, and*
MARKWAYNE MULLIN, *Secretary, U.S. Department Of Homeland Security*,

Respondents.

**ORDER**

**THIS MATTER** comes before the Court *sua sponte.* The EOIR automated case information states that Petitioner's Motion to Reopen BIA jurisdiction was completed on November 4, 2026. The Court directs Respondents to state whether Petitioner's appeal of his removal order was reopened or is otherwise pending, and whether a final order of removal was issued in this case within **seven (7) days** of the entry of this order. If Respondents fail to respond, the Court will assume that Petitioner's order of removal is not yet final.

**IT IS SO ORDERED.**

/S/
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE